| Case | No. | Status | Date | Report |
|---|---|---|---|---|
| State v. Coleman | 107,117 | Denied | 12/27/13 | Unpublished |
| State v. Connally | 107,052 | Denied | 01/29/14 | Unpublished |
| State v. Cook | 107,882 | Denied | 10/29/13 | Unpublished |
| State v. Crothers | 108,699 | | | |
| | 108,704 | Denied | 02/12/14 | Unpublished |
| State v. Crutchfield | 106,541 | Denied | 10/30/13 | Unpublished |
| State v. Cunningham | 108,158 | Denied | 11/20/13 | Unpublished |
| State v. Dauer | 106,839 | Denied | 10/01/13 | Unpublished |
| State v. Davis | 107,371 | Denied | 12/27/13 | Unpublished |
| State v. Deason | 107,546 | Denied | 12/27/13 | Unpublished |
| State v. Decker | 108,382 | Denied | 02/12/14 | Unpublished |
| State v. Dern | 106,406 | Granted | 12/27/13 | Unpublished |
| State v. Despaigne-Osorio | 107,225 | Denied | 11/20/13 | Unpublished |
| State v. Dicks | 108,293 | Denied | 02/12/14 | Unpublished |
| State v. Duhr | 108,896 | | | |
| | 108,897 | Denied | 02/12/14 | Unpublished |
| State v. Dull | 106,437 | Granted | 10/01/13 | Unpublished |
| State v. Dunn | 106,586 | | | |
| | 106,587 | Granted | 10/01/13 | Unpublished |
| State v. Duque | 107,168 | Denied | 02/12/14 | Unpublished |
| State v. Ellsworth | 107,770 | Denied | 10/07/13 | Unpublished |
| State v. Evans | 108,838 | Denied | 10/30/13 | Unpublished |
| State v. Evarts | 107,730 | Denied | 10/30/13 | Unpublished |
| State v. Fleming | 107,860 | Denied | 10/28/13 | Unpublished |
| State v. Florez | 107,902 | Denied | 10/30/13 | Unpublished |
| State v. Ford | 107,237 | Denied | 10/30/13 | Unpublished |
| State v. Ford | 107,625 | Denied | 10/28/13 | Unpublished |
| State v. Fox | 106,503 | Denied | 10/07/13 | Unpublished |
| State v. Frost | 106,375 | Denied | 10/01/13 | 48 Kan. App. 2d 332 |
| State v. Funk | 107,422 | Granted | 10/01/13 | Unpublished |
| State v. Gage | 102,709 | Denied | 02/18/14 | Unpublished |
| State v. Genton | 106,517 | Denied | 10/07/13 | Unpublished |
| State v. Gill | 106,388 | Denied | 02/18/14 | 48 Kan. App. 2d 102 |
| State v. Gohring | 108,498 | Denied | 10/28/13 | Unpublished |
| State v. Hafer | 107,599 | Denied | 10/01/13 | Unpublished |
| State v. Hagerman | 108,840 | Denied | 02/12/14 | Unpublished |
| State v. Hall | 108,350 | Denied | 02/18/14 | Unpublished |
| State v. Hall | 108,468 | Denied | 02/12/14 | Unpublished |
| State v. Haney | 105,685 | Granted | 10/01/13 | Unpublished |
| State v. Hardin | 107,558 | Denied | 10/30/13 | 49 Kan. App. 2d 81 |
| State v. Harris | 107,831 | Denied | 11/20/13 | Unpublished |
| State v. Hartzell | 107,702 | Denied | 10/28/13 | Unpublished |
| State v. Haskell | 107,592 | Denied | 10/01/13 | Unpublished |
| State v. Haug | 107,031 | Denied | 10/17/13 | Unpublished |
| State v. Hernandez | 107,032 | Denied | 10/28/13 | Unpublished |